

**NUMBERS 13-14-00474-CR AND 13-14-00475-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE FRANK ARMENTA

**On Appeal from the 347th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Frank Armenta, filed notices of appeal seeking to challenge orders denying a post-conviction writ of habeas corpus. On August 18, 2014, the Clerk of this Court notified appellant that it appeared that the orders from which these appeals were taken were not appealable orders, and requested correction of these defects within ten days or the appeals would be dismissed. Appellant has failed to respond to the Court's directive.

Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (Vernon Supp. 2011); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W .3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Therefore, we are without jurisdiction to grant the requested relief.

The appeals are DISMISSED FOR WANT OF JURISDICTION.


PER CURIAM


Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of September, 2014.